THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* FREDERICK ALEXANDER, Appellant.

Argued October 22, 1953; decided December 3, 1953.

*Harris B. Steinberg* for appellant.

*Frank S. Hogan, District Attorney* (*Harold Roland Shapiro* and *Charles W. Manning* of counsel), for respondent.

*Per Curiam.* The judgments should be reversed and the information dismissed on the ground that the evidence adduced by the People was not sufficient to establish a violation of section 34 of the Rules and Regulations of the Department of Parks of the City of New York. Section 48 of those rules — not charged in the information — is the provision which covers stopping or parking " in a vehicle " in a park after dark, but that section may not be relied upon to support the conviction,

since there was no allegation or showing, as required by section 48, that defendant had stopped or parked at a place other than one " designated or maintained " therefor.

Lewis, Ch. J., Desmond, Dye, Fuld and Van Voorhis, JJ., concur in *Per Curiam* opinion; Conway and Froessel, JJ., dissent and vote to affirm upon the ground that in our opinion the evidence clearly establishes a violation of section 34 of said rules and regulations.

Judgments reversed, etc.